# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JANE DOE, | ) | Case No.: 1:15-CV-01637 - DAD - JLT |
| Plaintiff, | ) ) | ORDER AFTER MIDDISCOVERY STATUS |
| v. | ) ) | CONFERENCE |
| COUNTY OF KERN, et al., | ) ) | |
| Defendants. | ) ) | |
| | ) | |

On July 7, 2016, the court held the mid-discovery status conference.  At the conference, counsel for Mr. Navejar agreed that if Mr. Navejar decided to attend the deposition of the plaintiff, he will sit behind a screen in the same room as the plaintiff while she testifies; he will sit in a nearby room and have the video and/or audio recording of the deposition broadcast to him; or counsel will develop another procedure satisfactory to them that achieves the goals of this order. Counsel agreed that Mr. Navejar's attorney is entitled to take a reasonable number of breaks to consult with Mr. Navejar as the deposition proceeds.

Counsel were unable to agree as to deposition limits related to the plaintiff's mental health in the past but defense counsel agreed that they would not seek out this information *unless* the plaintiff testifies in a manner that makes this information relevant.

Counsel agreed that in the event that the juvenile court records are not produced in advance of the depositions of the plaintiff and Mr. Navejar, they will work together to select alternate dates.

1   They agreed also, they would continue to meet and confer related to the plaintiff's production

2   request for peace officer personnel records.  If requested, the Court will conduct an in-camera

3   review of the records to determine which records, if any, will be produced.

4           Finally, counsel agreed that the deposition of the representative for the County of Kern will

5   be taken only once as to issues common to this case and *Doe v. County of Kern*, case number1:15-

6   cv-01641 DAD JLT[1].  The transcript may be used in both cases.

7

8   IT IS SO ORDERED.

9       Dated:   __July 8, 2016__                        __/s/ Jennifer L. Thurston__

10                                               UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[1] Though Deputy County Counsel, Kathleen Rivera (counsel for the County of Kern in case and *Doe v. County of Kern*, case number1:15-cv-01641 DAD JLT) the Deputies County Counsel who were present represented that this agreement was her wish and that this agreement was the wish of the County of Kern.  Counsel for the other parties in this matter are same as in the other matter.

2