# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF KERN, et al.,<br><br>Defendants. | Case No.: 1:15-cv-01637 - JLT<br><br>ORDER GRANTING OBJECTION TO THE PRETRIAL ORDER |

As pointed out by Mr. Navejar (Doc. 46), in the pretrial order, in the "Jurisdiction/Venue" section, the Court erroneously referred to "42 U.S.C. § 1332" and indicated the Court's jurisdiction was based in diversity  Not only is this an error in referencing the diversity statute, which is 28 U.S.C. § 1332, but, of course, the Court's jurisdiction is not based upon diversity.  Thus, the Court **ORDERS**:

1. Mr. Navejar's objection to the pretrial order is **GRANTED**;
2. The pretrial order (Doc. 43 at I, line 21) is amended to read, "This court has subject matter jurisdiction under 28 U.S.C § 1331."

IT IS SO ORDERED.

Dated: **May 3, 2017**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE