CHAIN | COHN | STILES
Neil K. Gehlawat, Esq. (SBN 289388)
Email: ngehlawat@chainlaw.com
1731 Chester Avenue
Bakersfield, CA 93301
Telephone: (661) 323-4000
Facsimile: (661) 324-1352

THE LAW OFFICE OF THOMAS C. SEABAUGH
Thomas C. Seabaugh, Esq. (SBN 272458)
Email: tseabaugh@seabaughfirm.com
128 North Fair Oaks Avenue
Pasadena, CA 91103
Telephone: (818) 928-5290

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF KERN, et al.<br><br>　　　　　Defendants. | Case No. Case 1:15-cv-01637- JLT<br><br>**~~PROPOSED~~ ORDER ON JOINT NOTICE OF SETTLEMENT AND STIPULATION**<br>(Doc. 51) |

///
///
///
///
///
///
///

| | |
|---|---|
| 1 | **~~PROPOSED~~ ORDER** |
| 2 | Today, the parties filed a joint notice of settlement. They indicate they hope to have |
| 3 | the settlement finalized within 21 days. Therefore, the Court ORDERS: |
| 4 | 1. The stipulation to dismiss the action SHALL be filed no later than June 2, |
| 5 | 2017; |
| 6 | 2. All pending dates (including all dates and deadlines described in the pretrial |
| 7 | order), conferences and hearings are VACATED. |

IT IS SO ORDERED.

Dated: **May 12, 2017**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE