# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>          Plaintiffs,<br><br>  v.<br><br>COUNTY OF KERN, et al.<br><br>          Defendants. | Case No. Case 1:15-cv-01637- JLT<br><br>**ORDER ON JOINT STIPULATION**<br><br>(Doc. 53) |

The parties filed a joint stipulation regarding settlement. Having reviewed the stipulation, and good cause appearing, the Court **ORDERS**:

1. The parties shall have an additional week to comply with the Court's order regarding settlement (Doc. No. 52), and the stipulation to dismiss the action **SHALL** be filed no later than **June 9, 2017**.

IT IS SO ORDERED.

Dated:   **June 5, 2017**         **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE