# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF KERN, et al.<br><br>　　　　　Defendants. | Case No. Case 1:15-cv-01637- JLT<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE ACTION<br><br>(Doc. 55) |

  On June 9, 2017, the parties filed a stipulation to dismiss this case pursuant to Rule 41 of the Federal Rules of Civil Procedure. (Doc. 55) The stipulation relies on Fed. R. Civ.P. 41(a)(1) which provides, "the plaintiff may dismiss an action without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared.". . ." Fed. R. Civ. P. 41(a). Once such a notice has been filed, an order of the Court is not required to make the dismissal effective. Fed. R. Civ. P. 41(a)(1)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). However, having reviewed the stipulation, and good cause appearing, the Court **ORDERS**:

  1. This action is dismissed with prejudice, with such dismissal conditioned upon this order retaining jurisdiction to enforce the parties' settlement agreement; and

///

1

2. The Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **June 10, 2017**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE